**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6210**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

PERNELL JEFFREY SELLERS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:97-cr-00020-GMG-RWT-2)

_____

Submitted:  June 12, 2025                  Decided:  June 17, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pernell Jeffrey Sellers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pernell Jeffrey Sellers appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review the denial of compassionate release under § 3582(c)(1)(A) for an abuse of discretion. *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023). "In doing so, we ensure that the district court has not acted arbitrarily or irrationally, has followed the statutory requirements, and has conducted the necessary analysis for exercising its discretion." *Id.* (internal quotation marks omitted). "To grant a compassionate release motion, the district court must conclude that the prisoner is eligible for a sentence reduction because he has shown extraordinary and compelling reasons supporting relief, and that release is appropriate under the 18 U.S.C. § 3553(a) sentencing factors, to the extent those factors are applicable." *Id.* at 128 (internal quotation marks, brackets, and ellipsis omitted).

On appeal, Sellers challenges the district court's conclusions that he failed to demonstrate extraordinary and compelling reasons for release and that the § 3553(a) factors did not support release. We discern no abuse of discretion. The district court adequately addressed Sellers's arguments that his rehabilitation efforts while incarcerated and his age at the time of the offense warranted a reduction in his sentence and explained why it rejected his arguments. Accordingly, we affirm the district court's order. *United States v. Sellers*, No. 3:97-cr-00020-GMG-RWT-2 (N.D. W. Va. Feb. 20, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2